UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    ROBERT G. KELLY  
    ELIZABETH A. KELLY  

                                   Debtors

CASE NO: 05-30927  
        (Chapter 13)  

JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019154**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | ROBERT G. KELLY & ELIZABETH A. KELLY<br>9436 VAUGHN ROAD<br>MIAMISBURG, OH  45342 | 551.14 |
| 10/ 4 | PEOPLES BANK<br>ATTN KATHY YARBROUGH<br>1000 LAFAYETTE BLVD<br>BRIDGEPORT, CT  06604 | 116.32 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 6/8/2010

Certificate of Service        05-30927

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ROBERT G. KELLY
ELIZABETH A. KELLY
9436 VAUGHN ROAD
MIAMISBURG, OH  45342

KRISTIN RADWANICK
40 W FOURTH STREET
SUITE 525
DAYTON, OH  45424

(24.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(25.1n)
ECMC
LOCKBOX #8682
BOX 75848
ST PAUL, MN  55175

(22.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(26.1n)
GREAT LAKES HIGHER EDUCATION
2401 INTERNATIONAL LN
MADISON, WI  53704

(4.1)
PEOPLES BANK
ATTN KATHY YARBROUGH
1000 LAFAYETTE BLVD
BRIDGEPORT, CT  06604

(23.1n)
SELECT PORTFOLIO SERVICING INC
3815 SOUTHWEST TEMPLE
SALT LAKE CITY, UT  84115

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv